DENNIS L. PEREZ, ESQ., State Bar No. 106555
EDWARD M. ROBBINS, JR., ESQ., State Bar No. 82696
MICHEL STEIN, ESQ., State Bar No. 181422
LACEY E. STRACHAN, ESQ., State Bar No. 260680
HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California  90212-3414
Telephone:  (310) 281-3200
Facsimile:  (310) 859-1430
E-mail:    perez@taxlitigator.com
           robbins@taxlitigator.com
           stein@taxlitigator.com
           strachan@taxlitigator.com

JS-6

Attorneys for Plaintiff
OAK TREE RACING ASSOCIATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA

## WESTERN REGION

| | |
|---|---|
| OAK TREE RACING ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.: CV 13-05227 MWF (Rzx)<br><br>ORDER FOR DISMISSAL |

Pursuant to the Stipulation for Dismissal filed by the parties, it is hereby ORDERED that this case be dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 15, 2014      _____
                            HONORABLE MICHAEL W. FITZGERALD

Order for Dismissal